UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOE RODRIGUEZ,

             Petitioner,

     v.

JANE DOE, et al.,

             Respondents.

Case No. 25-cv-09467-JST

**ORDER OF DISMISSAL**

On November 3, 2025, the Court docketed pleadings received from Mr. Rodriguez, wherein he alleged that his custody is improper and constituted kidnapping. ECF Nos. 1, 2. Because Mr. Rodriguez sought relief from this Court, the Court opened an action pursuant to this filing. That same day, the Court sent Mr. Rodriguez deficiency notices, informing him that he had not submitted his action on the proper case-initiating form and that he neither paid the filing fee, nor filed an application for leave to proceed *in forma pauperis*. ECF Nos. 3, 4. The Court instructed Mr. Rodriguez that he should cure these deficiencies by December 1, 2025 by filing his complaint on the proper form, and either paying the filing fee or filing an *in forma pauperis* application. *Id*. The Court sent Plaintiff a blank habeas petition form and a blank *in forma pauperis* application form. *Id*. The deadline has passed, and Plaintiff has not filed the required documents. Accordingly, this action is DISMISSED without prejudice for failure to meet these filing requirements. Judgment is entered against Plaintiff. The Clerk shall close the case.

    **IT IS SO ORDERED.**

    Dated: February 19, 2026

_____
JON S. TIGAR
United States District Judge